```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEVEN MATZURA,

                                 **Plaintiff,**                          **19-CV-09924(PGG)(VF)**

      -against-                                        **ORDER**

CLAIRE'S BOUTIQUES, INC,

                                 **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 30, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint status letter no later than **May 10, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:     New York, NewYork
                May 3, 2022

                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge