USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STEVEN MATZURA, et al.,

                **Plaintiffs,**

-against-

CLAIRE'S BOUTIQUES, INC,

                **Defendant.**

-------------------------------------------------------------------X

19-CV-09924(PGG)(VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In their joint letter updating the Court about the status of the litigation (see ECF No. 36), Plaintiffs requested permission to file an amended complaint. Defendant requests an extension of time, until Friday, June 10, 2022, to respond to Plaintiffs' request. Defendant's requested extension is GRANTED, and Defendant has until **June 10, 2022, at 5:00 p.m.** to file its response.

**SO ORDERED.**

DATED:    New York, New York
              June 7, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge